377 A.2d 192

Commonwealth v. Zack, Appellant.

Submitted November 8, 1976. Simon B. John, Assistant Public Defender, and Thomas P. Ruane, Jr., Public Defender, for appellant; Conrad B. Capuzzi, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence vacated. The case is remanded to permit appellant to file proper post-trial motions. *Commonwealth v. Miller*, 469 Pa. 370, 366 A.2d 220 (1976); *Commonwealth v. Steffish*, 243 Pa. Superior Ct. 309, 365 A.2d 865 (1976). See also *Commonwealth v. Brown*, 242 Pa. Superior Ct. 575, 360 A.2d 635 (1976).